UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Amado Rodriguez Sanchez,

                    Petitioner,

-against-

Thomas Decker, et al.,

                    Respondents.
------------------------------------------------------------X

18 CIVIL 8798 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 23, 2019, Rodriguez Sanchez's Petition is hereby GRANTED. Because the Court resolves this Petition on the papers, Rodriguez Sanchez's request for oral argument is DENIED. Within seven calendar days of the date of the Opinion and Order, Respondents must provide Rodriguez Sanchez with a bond hearing before an IJ that is consistent with the Opinion and Order. Respondents have represented to the Court that they will "coordinate with the immigration court to schedule a bond hearing as expeditiously as possible," and the Cami expects that they will do so. Should Respondents fail to provide Rodriguez Sanchez with the required bond hearing within seven calendar days, they must immediately release him; accordingly, the case is closed.

**DATED:** New York, New York
December 23, 2019

                                                          **RUBY J. KRAJICK**
                                                           Clerk of Court

BY: *K Mango*
                                                       **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19